Kevin Matthew GRIFFIN,
Petitioner–Appellant,

v.

Ronald ANGELONE, Respondent–
Appellee.

No. 01–6806.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Oct. 31, 2001.

Kevin Matthew Griffin, pro se. Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Kevin Matthew Griffin seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Griffin's motion to amend the record on appeal, deny a certificate of appealability, and dismiss the ap-

peal on the reasoning of the district court. *Griffin v. Angelone,* No. CA–99–337–AM (E.D. Va. filed Apr. 4, 2001; entered Apr. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*